MARY EICHHOLZ et al., as Executors of JOHN EICHHOLZ, Deceased, Respondents, *v.* THE NIAGARA FALLS HYDRAULIC POWER AND MANUFACTURING COMPANY, Appellant.

*Eichholz* v. *Niagara Falls H. P. & M. Co.,* 68 App. Div. 441, affirmed.
(Argued March 2, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 18, 1902, affirming a judgment in favor of plaintiffs entered upon a verdict and order denying a motion for a new trial.

*Alfred W. Gray* for appellant.

*P. F. King* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: GRAY, J.

---

BANK OF STATEN ISLAND, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Bank of Staten Island* v. *City of New York,* 68 App. Div. 231, affirmed.
(Argued March 3, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 29, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for appellant.

*William D. Gaillard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: GRAY, J.